## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**DANA MARGARET CLINES**                                                              **PLAINTIFF**

**V.**                              **CASE NO. 5:21-CV-5103**

**OFFICER ROYCE W. CORLEY,**
**Siloam Springs Police Department**                                                  **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 9) filed in this case on July 21, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the federal constitutional claims brought under 42 U.S.C. § 1983 are **DISMISSED WITHOUT PREJUDICE**, and the Court **DECLINES TO EXERCISE SUPPLEMENTAL JURISDICTION** over any state law claims.

**IT IS SO ORDERED** on this 12th day of August, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE